# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**B.T. PALMER, A.Y. MARKS, M.M. PETTIT**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## RORY M. COLE
## MASTER-AT-ARMS THIRD CLASS (E-4), U.S. NAVY

### NMCCA 201600100
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 29 January 2016.
**Military Judge**: LtCol Christopher M. Greer, USMC.
**Convening Authority**: Commander, Office of Naval Intelligence, Washington, DC.
**Staff Judge Advocate's Recommendation**: LCDR M.A. Lindsey, JAGC, USN.
**For Appellant**: Maj Jason Morris, USMCR.
**For Appellee**: Brian K. Keller, Esq.

**9 August 2016**

```
---------------------------------------------------------
                 OPINION OF THE COURT
---------------------------------------------------------
```

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court




R.H. TROIDL
Clerk of Court